FILED

FEB 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF ARIZONA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>CITY OF TUCSON,<br><br>    Intervenor-Plaintiff - Appellee,<br><br> v.<br><br>ASHTON COMPANY INCORPORATED CONTRACTORS AND ENGINEERS; BALDOR ELECTRIC COMPANY; DON MACKEY OLDSMOBILE CADILLAC, INC.; DUNN-EDWARDS CORPORATION; DURODYNE, INC.; FERSHA CORPORATION; FLUOR CORPORATION; GENERAL DYNAMICS CORPORATION; GOODYEAR TIRE & RUBBER COMPANY; LOCKHEED MARTIN CORPORATION; HOLMES TUTTLE FORD, INC.; INDUSTRIAL PIPE FITTINGS, LLC; TUCSON FOUNDRY & MANUFACTURING INCORPORATED; ROWE ENTERPRISES INCORPORATED; PIMA COUNTY COMMUNITY COLLEGE DISTRICT; ROLLINGS CORPORATION; TEXTRON INCORPORATED; ABB INCORPORATED; COMBUSTION | No. 12-15691<br><br>D.C. No. 4:10-cv-00634-CKJ<br>District of Arizona,<br>Tucson<br><br>ORDER |

ENGINEERING INCORPORATED;
TEXAS INSTRUMENTS, INC.;
TUCSON DODGE INCORPORATED;
WARNER PROPELLER & GOVERNOR
COMPANY, LLC; FLUOR
ENTERPRISES, INC.,

   Defendants - Appellees,

 v.

RAYTHEON COMPANY; PIMA
COUNTY,

   Intervenors - Appellants,

UNIVERSITY OF ARIZONA; ARIZONA
BOARD OF REGENTS; TOMKINS
INDUSTRIES, INC.; TUCSON AIRPORT
AUTHORITY; TUCSON ELECTRIC
POWER COMPANY,

   Intervenor-Defendants -
Appellants.

Before: CALLAHAN and M. SMITH, Circuit Judges, and KORMAN, Senior District Judge.[*]

  By February 25th, 2014, the parties shall each submit a supplemental brief, of no more 3,000 words, addressing the following question: What level of

---

[*] The Honorable Edward R. Korman, Senior District Judge for the U.S. District Court for the Eastern District of New York, sitting by designation.

deference does the district court owe to the Arizona Department of Environmental Quality's judgment, in its review of the proposed CERCLA consent decrees?